WILSON, Circuit Judge,
dissenting:
Numerous voices have weighed in on this appeal, which requires us to assess the constitutionality of Florida’s Firearm Owners Privacy Act. Thirty amici curiae filed briefs, and the Majority has now filed its third iteration of an opinion seeking to uphold the Act. See Wollschlaeger v. Governor of Fla. (Wollschlaeger I), 760 F.3d 1195 (11th Cir.2014), opinion vacated and superseded on reh’g, Wollschlaeger v. Governor of Fla. (Wollschlaeger II), 797 F.3d 859 (11th Cir.2015). Having considered all these arguments for and against the constitutionality of this state law, I continue to believe that it does not survive First Amendment scrutiny. However, I have already written two dissents to this effect, and the plaintiffs have sought en banc review. Accordingly, I decline to pen another dissent responding to the Majority’s evolving rationale. I rest on my previous dissents.